| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Chad Keith Bullins |
| Debtor 2 (Spouse, if filing) | Ashley Hoss Bullins |
| United States Bankruptcy Court for the: | Middle District of North Carolina (State) |
| Case number | 17-51054 |

# Form 4100R

## Response to Notice of Final Cure Payment          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V

**Court claim no. (if known):** 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 9322

**Property Address:** 335 Lorraine Dr
Number          Street
Winston-Salem, NC 27107
City          State     Zip Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:          $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:
MM/ DD /YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. | Total postpetition ongoing payments due:8/1/22-9/1/22 2@939.51 | (a) $ 1879.02 |
| b. | Total fees, charges, expenses, escrow, and cost outstanding: | + (b) $ _____ |
| c. | **Total**. Add lines a and b. | (c) $ 1879.02 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:          08 / 01 / 2022          Less Suspense -875.43
                                                                        MM/ DD /YYYY          Total Due=1003.59

| Debtor 1 | Chad Keith Bullins | Case Number (if known) | 17-51054 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Mark A. Baker     Date 10/04/2022
Signature

Print: Mark A. Baker,           Bar No. NCBN 32382      Title  Bankruptcy Attorney
       First name   Middle Name   Last name

Company: MCMICHAEL TAYLOR GRAY, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address: 3550 Engineering Drive, Suite 260
         Number   Street

         Peachtree Corners, GA 30092
         City   State   Zip Code

Contact phone: 404-474-7149     Email: mbaker@mtglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Chad Keith Bullins
335 Lorraine Dr
Winston-Salem, NC 27107

Ashley Hoss Bullins
335 Lorraine Dr
Winston-Salem, NC 27107

**Via CM/ECF electronic service:**
Kristen Scott Nardone
P.O. Box 1394
Concord, NC 28026-1394

Kathryn L. Bringle
2000 W First Street, Suite 300
P.O. Box 2115
Winston-Salem, NC 27102-2115

Dated: October 4, 2022

    Respectfully submitted,

    By: /s/ Mark A. Baker
    Mark A. Baker
    NCBN 32382

    MCMICHAEL TAYLOR GRAY, LLC
    Attorney for Creditor
    3550 Engineering Drive, Suite 260
    Peachtree Corners, GA 30092
    Telephone: 404-474-7149
    Facsimile: 404-745-8121
    E-mail: mbaker@mtglaw.com
    MTG File No.: 22-002676-01



| Loan# | |
|---|---|
| Borrower: | BULLINS |
| Date Filed: | 10/5/2017 |
| BK Case # | 17-51054 |
| First Post Petition Due Date: | 11/1/2017 |
| POC covers: | 12/01/16-10/01/17 |
| MOD EFFECTIVE DATE: | n/a |

PPFN filed 1/16/18 for $450.00

| | | PAYMENT CHANGES | | | |
|---|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference | |
| 12/01/16 | 690.57 | 317.76 | 1,008.33 | Payment listed in POC | |
| 07/01/17 | 690.57 | 309.85 | 1,000.42 | Payment listed in POC | |
| 11/01/17 | 690.57 | 253.80 | 944.37 | Payment listed in POC | |
| 02/01/19 | 690.57 | 197.09 | 887.66 | NOPC filed with the court | |
| 08/01/19 | 690.57 | 330.83 | 1,021.40 | NOPC filed with the court | |
| 08/01/20 | 690.57 | 339.27 | 1,029.84 | NOPC filed with the court | |
| 09/01/21 | 690.57 | 335.75 | 1,026.32 | NOPC filed with the court | |
| 02/01/22 | 690.57 | 248.94 | 939.51 | NOPC filed with the court | |
| | | | 0.00 | | |
| | | | 0.00 | | |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 |
| 1/9/2018 | $834.02 | Post | | | | $834.02 | $834.02 | | $834.02 |
| 2/12/2018 | $1,054.72 | Post | 11/1/17 | 12/1/16 | $944.37 | $110.35 | $110.35 | | $944.37 |
| | | Post | 12/1/17 | 1/1/17 | $944.37 | -$944.37 | | $944.37 | $0.00 |
| 3/8/2018 | $944.37 | Post | 1/1/18 | 2/1/17 | $944.37 | $0.00 | | | $0.00 |
| 4/6/2018 | $944.37 | Post | 2/1/18 | 3/1/17 | $944.37 | $0.00 | | | $0.00 |
| 5/18/2018 | $944.37 | Post | 3/1/18 | 4/1/17 | $944.37 | $0.00 | | | $0.00 |
| | $475.45 | Pre | | | | $475.45 | | | $0.00 |
| 6/18/2018 | $944.37 | Post | 4/1/18 | 5/1/17 | $944.37 | $0.00 | | | $0.00 |
| | $551.24 | Pre | | | | $551.24 | | | $0.00 |
| 8/27/2018 | $1,888.74 | Post | 5/1/18 | 6/1/17 | $944.37 | $944.37 | $944.37 | | $944.37 |
| | | Post | 6/1/18 | 7/1/17 | $944.37 | -$944.37 | | $944.37 | $0.00 |
| | $1,670.14 | Pre | | | | $1,670.14 | | | $0.00 |
| | | Pre | pre-petition applied | 8/1/17 | | $0.00 | | | $0.00 |
| 9/14/2018 | $1,121.40 | Post | 7/1/18 | 9/1/17 | $944.37 | $177.03 | $177.03 | | $177.03 |
| | | Pre | pre-petition applied | 10/1/17 | | $0.00 | | | $177.03 |
| 10/11/2018 | $1,121.40 | Post | 8/1/18 | 11/1/17 | $944.37 | $177.03 | $177.03 | | $354.06 |
| 11/5/2018 | $1,121.40 | Post | 9/1/18 | 12/1/17 | $944.37 | $177.03 | $177.03 | | $531.09 |
| 12/13/2018 | $1,121.40 | Post | 10/1/18 | 1/1/18 | $944.37 | $177.03 | $177.03 | | $708.12 |
| 1/8/2019 | $1,121.40 | Post | 11/1/18 | 2/1/18 | $944.37 | $177.03 | $177.03 | | $885.15 |
| 2/12/2019 | $887.66 | Post | 12/1/18 | 3/1/18 | $944.37 | -$56.71 | | $56.71 | $828.44 |
| | $1,822.72 | Pre | | | | $1,822.72 | | | $828.44 |
| | | Pre | pre-petition applied | 4/1/18 | | $0.00 | | | $828.44 |
| | | Pre | pre-petition applied | 5/1/18 | | $0.00 | | | $828.44 |
| 3/8/2019 | $887.66 | Post | 1/1/19 | 6/1/18 | $944.37 | -$56.71 | | $56.71 | $771.73 |
| | $264.60 | Pre | | | | $264.60 | | | $771.73 |
| 4/10/2019 | $887.66 | Post | 2/1/19 | 7/1/18 | $887.66 | $0.00 | | | $771.73 |
| | $243.87 | Pre | | | | $243.87 | | | $771.73 |
| 5/10/2019 | $887.66 | Post | 3/1/19 | 8/1/18 | $887.66 | $0.00 | | | $771.73 |
| | $243.87 | Pre | | | | $243.87 | | | $771.73 |
| 6/14/2019 | $887.66 | Post | 4/1/19 | 9/1/18 | $887.66 | $0.00 | | | $771.73 |
| | $243.87 | Pre | | | | $243.87 | | | $771.73 |
| 7/11/2019 | $887.66 | Post | 5/1/19 | 10/1/18 | $887.66 | $0.00 | | | $771.73 |
| | $720.51 | Pre | | | | $720.51 | | | $771.73 |
| | | Pre | pre-petition applied | 11/1/18 | | $0.00 | | | $771.73 |
| 8/7/2019 | $1,021.40 | Post | 6/1/19 | 12/1/18 | $887.66 | $133.74 | $133.74 | | $905.47 |
| | $110.13 | Pre | | | | $110.13 | | | $905.47 |
| 9/13/2019 | $1,021.40 | Post | 7/1/19 | 1/1/19 | $887.66 | $133.74 | $133.74 | | $1,039.21 |

| Date | Amount | Pre/Post | Col4 | Col5 | Col6 | Col7 | Col8 | Total |
|---|---|---|---|---|---|---|---|---|
|  | $110.13 | Pre |  |  |  | $110.13 |  | $1,039.21 |
| 10/10/2019 | $1,021.40 | Post | 8/1/19 | 2/1/19 | $1,021.40 | $0.00 |  | $1,039.21 |
|  | $1,063.40 | Pre |  |  |  | $1,063.40 |  | $1,039.21 |
|  |  | Pre | pre-petition applied | 3/1/19 |  | $0.00 |  | $1,039.21 |
| 11/8/2019 | $1,021.40 | Post | 9/1/19 | 4/1/19 | $1,021.40 | $0.00 |  | $1,039.21 |
|  | $110.13 | Pre |  |  |  | $110.13 |  | $1,039.21 |
|  |  | Pre | pre-petition applied | 5/1/19 |  | $0.00 |  | $1,039.21 |
| 12/11/2019 | $1,021.40 | Post | 10/1/19 | 6/1/19 | $1,021.40 | $0.00 |  | $1,039.21 |
|  | $110.13 | Pre |  |  |  | $110.13 |  | $1,039.21 |
| 1/9/2020 | $1,021.40 | Post | 11/1/19 | 7/1/19 | $1,021.40 | $0.00 |  | $1,039.21 |
|  | $586.77 | Pre |  |  |  | $586.77 |  | $1,039.21 |
| 2/10/2020 | $1,021.40 | Post | 12/1/19 | 8/1/19 | $1,021.40 | $0.00 |  | $1,039.21 |
|  | $110.13 | Pre |  |  |  | $110.13 |  | $1,039.21 |
| 3/9/2020 | $1,021.40 | Post | 1/1/20 | 9/1/19 | $1,021.40 | $0.00 |  | $1,039.21 |
|  | $586.77 | Pre |  |  |  | $586.77 |  | $1,039.21 |
|  |  | Pre | pre-petition applied | 10/1/19 |  | $0.00 |  | $1,039.21 |
| 4/8/2020 | $1,021.40 | Post | 2/1/20 | 11/1/19 | $1,021.40 | $0.00 |  | $1,039.21 |
| 5/11/2020 | $1,021.40 | Post | 3/1/20 | 12/1/19 | $1,021.40 | $0.00 |  | $1,039.21 |
| 5/11/2020 | $694.99 | Pre |  |  |  | $694.99 |  | $1,039.21 |
|  |  | Pre |  |  |  | $0.00 |  | $1,039.21 |
| 6/10/2020 | $1,021.40 | Post | 4/1/20 | 1/1/20 | $1,021.40 | $0.00 |  | $1,039.21 |
| 7/8/2020 | $1,021.40 | Post | 5/1/20 | 2/1/20 | $1,021.40 | $0.00 |  | $1,039.21 |
|  | $218.36 | Pre |  |  |  | $218.36 |  | $1,039.21 |
| 8/11/2020 | $1,029.84 | Post | 6/1/20 | 3/1/20 | $1,021.40 | $8.44 | $8.44 | $1,047.65 |
|  | $578.33 | Pre |  |  |  | $578.33 |  | $1,047.65 |
| 9/10/2020 | $1,029.84 | Post | 7/1/20 | 4/1/20 | $1,021.40 | $8.44 | $8.44 | $1,056.09 |
|  | $184.59 | Pre |  |  |  | $184.59 |  | $1,056.09 |
| 10/7/2020 | $1,029.84 | Post | 8/1/20 | 5/1/20 | $1,029.84 | $0.00 |  | $1,056.09 |
|  | $184.59 | Pre |  |  |  | $184.59 |  | $1,056.09 |
| 11/10/2020 | $1,029.84 | Post | 9/1/20 | 6/1/20 | $1,029.84 | $0.00 |  | $1,056.09 |
|  | $143.14 | Pre |  |  |  | $143.14 |  | $1,056.09 |
|  |  | Pre |  |  |  | $0.00 |  | $1,056.09 |
| 12/8/2020 | $1,029.84 | Post | 10/1/20 | 7/1/20 | $1,029.84 | $0.00 |  | $1,056.09 |
|  | $143.14 | Pre |  |  |  | $143.14 |  | $1,056.09 |
| 1/12/2021 | $1,029.84 | Post | 11/1/20 | 8/1/20 | $1,029.84 | $0.00 |  | $1,056.09 |
|  | $143.14 | Pre |  |  |  | $143.14 |  | $1,056.09 |
| 2/9/2021 | $1,029.84 | Post | 12/1/20 | 9/1/20 | $1,029.84 | $0.00 |  | $1,056.09 |
|  | $630.14 | Pre |  |  |  | $630.14 |  | $1,056.09 |
|  |  | Pre | pre-petition applied | 10/1/20 |  | $0.00 |  | $1,056.09 |
|  |  | Pre |  |  |  | $0.00 |  | $1,056.09 |
| 3/8/2021 | $1,029.84 | Post | 1/1/21 | 11/1/20 | $1,029.84 | $0.00 |  | $1,056.09 |
|  | $101.69 | Pre |  |  |  | $101.69 |  | $1,056.09 |
| 4/12/2021 | $1,029.84 | Post | 2/1/21 | 12/1/20 | $1,029.84 | $0.00 |  | $1,056.09 |
|  | $578.33 | Pre |  |  |  | $578.33 |  | $1,056.09 |
|  |  | Pre | pre-petition applied | 1/1/21 |  | $0.00 |  | $1,056.09 |
|  |  | Pre |  |  |  | $0.00 |  | $1,056.09 |
| 5/12/2021 | $1,029.84 | Post | 3/1/21 | 2/1/21 | $1,029.84 | $0.00 |  | $1,056.09 |
|  | $101.69 | Pre |  |  |  | $101.69 |  | $1,056.09 |
| 6/10/2021 | $1,029.84 | Post | 4/1/21 | 3/1/21 | $1,029.84 | $0.00 |  | $1,056.09 |
|  | $101.69 | Pre |  |  |  | $101.69 |  | $1,056.09 |
| 7/7/2021 | $1,029.84 | Post | 5/1/21 | 4/1/21 | $1,029.84 | $0.00 |  | $1,056.09 |
|  | $578.33 | Pre |  |  |  | $578.33 |  | $1,056.09 |
| 8/10/2021 | $1,029.84 | Post | 6/1/21 | 5/1/21 | $1,029.84 | $0.00 |  | $1,056.09 |
|  | $101.69 | Pre |  |  |  | $101.69 |  | $1,056.09 |

| Date | Amount | Type | Date A | Date B | Amount 2 | Diff | | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 9/10/2021 | $1,026.32 | Post | 7/1/21 | 6/1/21 | $1,029.84 | -$3.52 | | $3.52 | $1,052.57 |
| | $581.85 | Pre | | | | $581.85 | | | $1,052.57 |
| | | Pre | | | | $0.00 | | | $1,052.57 |
| | | Pre | | | | $0.00 | | | $1,052.57 |
| 10/11/2021 | $1,026.32 | Post | 8/1/21 | 7/1/21 | $1,029.84 | -$3.52 | | $3.52 | $1,049.05 |
| | $105.21 | Pre | | | | $105.21 | | | $1,049.05 |
| 11/9/2021 | $1,026.32 | Post | 9/1/21 | 8/1/21 | $1,026.32 | $0.00 | | | $1,049.05 |
| | $105.21 | Pre | | | | $105.21 | | | $1,049.05 |
| | | Pre | | | | $0.00 | | | $1,049.05 |
| 12/9/2021 | $1,026.32 | Post | 10/1/21 | 9/1/21 | $1,026.32 | $0.00 | | | $1,049.05 |
| 1/12/2022 | $1,026.32 | Post | 11/1/21 | 10/1/21 | $1,026.32 | $0.00 | | | $1,049.05 |
| | $1,638.39 | Pre | | | | $1,638.39 | | | $1,049.05 |
| | | Pre | | | | $0.00 | | | $1,049.05 |
| 2/11/2022 | $939.51 | Post | 12/1/21 | 11/1/21 | $1,026.32 | -$86.81 | | $86.81 | $962.24 |
| | $181.66 | Pre | | | | $181.66 | | | $962.24 |
| 3/8/2022 | $939.51 | Post | 1/1/22 | 12/1/21 | $1,026.32 | -$86.81 | | $86.81 | $875.43 |
| 4/13/2022 | $939.51 | Post | 2/1/22 | 1/1/22 | $939.51 | $0.00 | | | $875.43 |
| 5/11/2022 | $939.51 | Post | 3/1/22 | 2/1/22 | $939.51 | $0.00 | | | $875.43 |
| | $68.82 | Pre | | | | $68.82 | | | $875.43 |
| 6/13/2021 | $939.51 | Post | 4/1/22 | 3/1/22 | $939.51 | $0.00 | | | $875.43 |
| | $180.95 | Pre | | | | $180.95 | | | $875.43 |
| 7/14/2022 | $939.51 | Post | 5/1/22 | 4/1/22 | $939.51 | $0.00 | | | $875.43 |
| 8/10/2022 | $939.51 | Post | 6/1/22 | 5/1/22 | $939.51 | $0.00 | | | $875.43 |
| 9/14/2022 | $939.51 | Post | 7/1/22 | 6/1/22 | $939.51 | $0.00 | | | $875.43 |
| | | Pre | write-off request pending | 7/1/22 | | $0.00 | | | $875.43 |